```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

JABARIE ARNOLD,                )
                               )
    Petitioner,               )
                               )
v.                             )    Civil Action No. 17-0030-KD-B
                               )
WARDEN KLEINER,                )
                               )
    Respondent.               )

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made (doc. 4), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 3) is adopted as the opinion of this Court.

Accordingly, Petitioner's 28 U.S.C. § 2241 petition is **DISMISSED without prejudice**, prior to service, for failure to exhaust all available state remedies.

DONE this the 22nd day of February 2017.

```
                         s/ Kristi K. DuBose
                         KRISTI K. DuBOSE
                         CHIEF UNITED STATES DISTRICT JUDGE
```